JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RSE-CA, LLC, | ) Case No: SACV 14-01698-JLS (ANx) |
|     Plaintiff, | ) Orange County Superior Court Case No: 30-2014-00723900 CU-BC-CJC |
|     v. | ) **ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT** |
| PROFICIO MORTGAGE VENTURES, LLC; PROFICIO BANK; NHB HOLDINGS, INC.; AL MANSELL; BRAD HARDY; RICHARD D. HOLLEY; TIM HOWELLS; JEFFREY JOHNSON; BILL SUTTON; SAM CEREVIZZO; MICHAEL JOHNSTON; SECURITIES CAPITAL PARTNERS, LLC; SECURITIES CAPITAL HOLDINGS, INC.; SECURITIES CAPITAL MANAGEMENT; SECURITIES CAPITAL INVESTMENTS, LLC; REPID LLC; ALEXANDER FINK; CHRISTINA FINK; and BENJAMIN LYONS, and DOES 1 through 50, inclusive, | ) Complaint Filed: May 20, 2014 |
|     Defendants. | ) |

Pursuant to the Stipulation to Remand Case to Orange County Superior Court, filed December 12, 2014, by and between Plaintiff-RSE-CA, LLC and Defendants Proficio Mortgage Ventures, LLC, Proficio Bank, NHB Holdings, Inc., Al Mansell, Brad Hardy, Richard D. Holley, Tim Howells, Jeffrey Johnson, Bill Sutton, Sam Cerevizzo, Michael

Johnston, Securities Capital Partners, LLC, Securities Capital Holdings, Inc., Securities Capital Management, Securities Capital Investments, LLC, Repid LLC, Alexander Fink, Christina Fink, and Benjamin Lyons, and for good cause shown, IT IS HEREBY ORDERED that:

The district court case number SACV 14-01698-JLS (ANx), styled RSE-CA, LLC v. Proficio Mortgage Ventures, LLC, *et al.*, is REMANDED to the Orange County Superior Court, Case No. 30-2014-00723900-CU-BC-CJC, forthwith.

**SO ORDERED:**

Dated:  December 16, 2014   _____

Honorable Josephine L. Staton
United States District Judge